Case 1:18-cv-01015-ARR-JO Document 7 Filed 07/09/18 Page 1 of 1 PageID #: 24

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 11 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNA FISHMAN, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

ARS NATIONAL SERVICES INC.

Defendant.

Case No. 1:18-cv-01015-ARR-JO

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
July 9, 2018

Respectfully submitted,

By: /s/ Daniel C. Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax: (929) 575-4195
Email: Dan@cml.legal
Attorneys for Plaintiff

So ordered.
/s/(ARR)
USDJ